```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  IAN L. GARRIQUES
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
```



FILED
JAN 12 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 01: 08-cr-432 AWI |
|---|---|---|
| Plaintiff, | ) | MOTION AND ORDER TO DISMISS INDICTMENT |
| v. | ) | |
| JOSE RODOLFO ESTRADA-CISNEROS, | ) | |
| Defendant. | ) | |

Pursuant to Federal Rule of Criminal Procedure 48(a), Plaintiff United States of America, by and through its attorneys of record, LAWRENCE G. BROWN, Acting United States Attorney, and IAN L. GARRIQUES, Assistant United States Attorney, hereby seek leave of court and move to dismiss the indictment in this case without prejudice, as to the above-named defendant, in the interest of justice.

DATED: January 11, 2009                Respectfully submitted,

                                       LAWRENCE G. BROWN
                                       Acting United States Attorney

                                  By:  /s/ Ian L. Garriques
                                       IAN L. GARRIQUES
                                       Assistant U.S. Attorney

1

**ORDER**

**IT IS HEREBY ORDERED** that the indictment in this case be dismissed without prejudice in the interest of justice.

DATED: 1-12-09

Chief United States District Judge

2